ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
Appointed Counsel for Defendant Jake Haidet

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:23-cr-00054-RFB-EJY-3 |
| Plaintiff, | ) |
| v. | ) STIPULATION TO ALLOW |
| | ) DEFENDANT JAKE HAIDET TO |
| JAKE HAIDET, | ) APPEAR REMOTELY AT HIS INITIAL |
| | ) APPEARANCE AND ARRAIGNMENT |
| Defendant. | ) AND PLEA HEARING |
| | ) |

IT IS HEREBY STIPULATED by and between the United States of America, by and through Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney; JAKE HAIDET, Defendant, by and through counsel, Angela H. Dows, Esq. that Defendant JAKE HAIDET be allowed to appear via remote means at Defendant JAKE HAIDET's initial appearance and arraignment and plea hearing, currently set for April 27, 2023 at 2:30 p.m. This Stipulation is entered into based upon the following:

1.     That on March 30, 2023, Defendant JAKE HAIDET had an initial appearance related to the instant case in the Western District of North Carolina, Case No. 3:23-mj-00084-DCK-1.  Magistrate Judge David Kessler entered a $25,000.00 unsecured appearance bond, along with conditions of release, and an order to answer and appear in the district of prosecution. To the knowledge of Defendant's counsel, Defendant JAKE HAIDET has remained complaint

with his conditions of release.

2.     That Defendant JAKE HAIDET has an initial appearance as well as an arraignment and plea hearing with the subject Court set for April 27, 2023.

3.     That Defendant JAKE HAIDET has a financial hardship in traveling to and from his residence in North Carolina to Nevada for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023.

4.     That Fed. R. Crim. P. 5(f) allows for video conferencing to be used to conduct an initial appearance "if the defendant consents."

5.     That Defendant JAKE HAIDET does not object to appearing remotely for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023, and via the instant stipulation consents to the same.

6.     That counsel for Defendant JAKE HAIDET intends to appear in person and not via remote means for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023.  Confirmation of the consent of Defendant JAKE HAIDET to appear via remote means is anticipated to be confirmed via counsel to the extent that the Court requires the same.

7.     That the government does not oppose the stipulation for remote appearance by Defendant JAKE HAIDET.

8.     That for all the above-stated reasons, the parties consent to the appearance of Defendant JAKE HAIDET via remote means for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023.

DATED this 20th day of April, 2023.

| | |
|---|---|
| JASON M. FRIERSON | CORY READE DOWS & SHAFER |
| United States Attorney | By: */s/ Angela H. Dows* |
| By: */s/ Melanee Smith* | ANGELA H. DOWS, ESQ. |
| MELANEE SMITH | Appointed Counsel for Defendant |
| Assistant United States Attorney | JAKE HAIDET |
| Counsel for Plaintiff | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-cr-00054-RFB-EJY-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>FINDINGS OF FACT,</u> |
| | ) | <u>CONCLUSIONS OF LAW,</u> |
| JAKE HAIDET, | ) | <u>AND ORDER THEREON</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>FINDINGS OF FACT</u>

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. That due to a financial hardship, Defendant JAKE HAIDET requests that he be allowed to appear at remotely for his initial appearance and arraignment and plea hearing, currently set for April 27, 2023.

2. That Fed. R. Crim. P. 5(f) allows for video conferencing to be used to conduct an initial appearance "if the defendant consents."

3. That Defendant JAKE HAIDET does not object to appearing remotely for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023, and consents to the same.

4.      That counsel for Defendant JAKE HAIDET intends to appear in person and not via remote means for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023.

5.      That the government does not oppose the stipulation for remote appearance by Defendant JAKE HAIDET.

## CONCLUSIONS OF LAW

1.      For all the above-stated reasons, the Court allows the appearance of Defendant JAKE HAIDET via remote means for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023.

## ORDER

IT IS THEREFORE ORDERED that the appearance of Defendant JAKE HAIDET is allowed via remote means for the initial appearance and arraignment and plea hearing, currently set for April 27, 2023, at 2:30 p.m. in LV Courtroom 3C [*See* ECF No. 39.]

IT IS SO ORDERED.


_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2023