# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JAKE HAIDET,

        Defendant.

Case No.: 2:23-cr-00054-RFB-EJY

**ORDER OF DISMISSAL**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the indictment against defendant Jake Haidet.

By____/s/ *Melanee Smith*____
MELANEE SMITH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated: May 19, 2026.

_____
HONORABLE RICHARD F. BOULWARE
United States District Judge